IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-00163 |
| | ) CHIEF JUDGE HAYNES |
| ANTWAIN MAYS | ) |

## JOINT MOTION TO SET CHANGE OF PLEA HEARING

Comes Antwan Mayes, by and through undersigned counsel, Mariah A. Wooten, First Assistant Federal Public Defender, and respectfully moves this Honorable Court to set a date for a change of plea hearing on June 17, 2013, at 1:30 p.m. in the above-captioned case. As grounds, Mr. Mays submits that the parties have reached a settlement in the case.

*[Handwritten annotation: "O.K./s/ This motion is GRANTED [illegible] 6-29-13"]*

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Antwain Mays

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2013, I electronically filed the foregoing Joint Motion to Set Change of Plea Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Scarlett Singleton, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Mariah A. Wooten
Mariah A. Wooten